# EXHIBIT A

[redacted]

Consumer Advocacy Law Group
*350 S. Rampart Blvd*
*Suite 346*
*Las Vegas, NV 89145*
(702)-560-4573
WWW.CONSUMERADVOCACYLAW.COM

03/31/2026

Via First Class Mail to:
**Freedom Forever, LLC - FL**

Secretary of State 2415 N. Monroe St Ste 810
Tallahassee, FL 32203

**and**

**Enfin Corp - FL**

C T Corporation System 1200 South Pine Island Rd
Plantation, FL 33324

Re: **CEASE & DESIST;** [redacted]

**Freedom Forever, LLC - FL** and **Enfin Corp - FL**:

Our firm has been retained to represent [redacted] hereinafter "Claimant", in their claims against your company for various contractual, warranty, and/or consumer law violations regarding Claimant's Solar Panels. Attached please find an authorization from Claimant reflecting same. All future communications are to be directed to this firm's attention, and you are to refrain from contact with Claimant(s).

This letter constitutes Claimant/Debtor's notice of dispute. **You are hereby commanded to CEASE AND DESIST any and all collection efforts against Claimant**. Any collection efforts after receipt of this notice constitute violations of the FDCPA and other State regulations, which entitle Claimant to additional damages.

Demand is further made for validation of any and all of Claimant's allegedly outstanding debts, including any and all agreements with Seller, Financer, and any other known creditors, together with any assignments of said agreements. Your response should also include:

CONSUMER ADVOCACY LAW GROUP

Consumer Advocacy Law Group
*350 S. Rampart Blvd*
*Suite 346*
*Las Vegas, NV 89145*
(702)-560-4573
WWW.CONSUMERADVOCACYLAW.COM

1. All contracts pertaining to the solar panel installation and/or power purchase lease;
2. All contracts pertaining to financing of the subject solar panel installation project;
3. All plats, diagrams, schematics, and the like prepared as part of the solar panel installation project;
4. All internal communications, physical and electronic, associated with the solar panel installation project;
5. All external communications, physical and electronic, associated with the solar panel installation project;
6. All other file contents (physical and electronic) pertaining to the solar panel installation;
7. All invoices, expense reports, or other documentation reflecting monies paid for equipment, testing, consultations, and/or labor required for the solar panel installation project; and,
8. Proof of any and all consumer disclosures, licensing, and insurance required in your jurisdiction.

Please provide the aforementioned materials within thirty (30) days from the date of this letter. If we do not receive a response, our client may assume you do not care to resolve this matter, and insist that we proceed to the appropriate tribunal.

We look forward to your timely response to clientservices@consumeradvocacylaw.com to pursue an amicable resolution, and avoid the time, expense, and embarrassment of other legal processes. As always, please do not hesitate to contact our office with any questions.

Respectfully yours,

Richard Fonbuena, Esq.
Consumer Advocacy Law Group

cc: Claimant