# EXHIBIT B

**Consumer Advocacy Law Group**
***350 S. Rampart Blvd***
***Suite 346***
***Las Vegas, NV 89145***
**(702)-560-4573**
**WWW.CONSUMERADVOCACYLAW.COM**

May 29, 2026

**Via Recognized Contact to:**
**Freedom Forever, LLC**
Secretary of State
2415 N. Monroe St Ste 810
Tallahassee, FL 32203

and

**Enfin Corp**
C T Corporation System
1200 South Pine Island Rd
Plantation, FL 33324

Re: [redacted] *v. Freedom Forever, LLC and Enfin Corp*
Financing Contract No. [redacted]

Freedom Forever, LLC and Enfin Corp:

Our firm has been retained to represent [redacted] hereinafter "Claimant(s)," in their claims against Freedom Forever, LLC ("Seller") and Enfin Corp ("Lender") for numerous consumer and contract law violations with respect to their Solar Panels. On or about February 1st, 2025, Seller fraudulently induced Claimant to enter into a long-term contract for $34,000.00 in Solar Panels and associated lease and repair warranties at [redacted]

In an effort to persuade Claimant to purchase or lease said Solar Panels and associated services, Seller engaged in high-pressure sales tactics by making misleading promises about the amount of money they would save on energy, made misleading claims about the performance capabilities of the solar panel system, engaged in deceptive practices regarding contracts, financing terms, or the application of tax credits, failed to disclose crucial information about the goods and services during the transaction, falsely claimed the products were of a certain standard, grade, or quality, and breach of warranty – by violating an express of implied warranty. Seller and Lender are now liable to Claimant for breach of contract, fraud in the inducement,

CONSUMER ADVOCACY LAW GROUP

Consumer Advocacy Law Group
*350 S. Rampart Blvd*
*Suite 346*
*Las Vegas, NV 89145*
(702)-560-4573
WWW.CONSUMERADVOCACYLAW.COM

predatory lending, and numerous violations of the laws intended to protect Claimant as a consumer of your goods and services.

**I. Facts**

1. The seller represented that the solar system would significantly reduce or eliminate the claimant's utility costs and provide financial benefits over time, representations that were material to the decision to enter the agreement and were not realized.

2. The seller made verbal assurances and representations regarding system performance, billing, incentives, or financial outcomes that were not accurately reflected in the written agreement.

3. The seller failed to disclose that a lien, security interest, or similar encumbrance would be placed on the claimant's property as part of the transaction or financing arrangement.

4. Taken together, the seller's acts and omissions constitute misrepresentations, omissions of material fact, and unfair practices that have caused the claimant continuing financial harm.

**II. Claims**

Each of these acts and omissions violate Florida Statutes, including the Florida Deceptive and Unfair Trade Practices Act (FDUTPA). F.S.A. §501.204; Fla. Stat. § 501.2075-2077 (2024). Such practices include ones that would likely mislead a consumer. *In re International Harvester Co.*, 104 F.T.C. 949 (1984); *In the Matter of Cliffdale Assocs., Inc.*, 103 F.T.C. 110 (1984).

Claimant was completely reliant upon the superior knowledge of the seller, who misled the Claimant.*Willis v. Fowler*, 102 Fla. 35, 53, 136 So. 358 (1931).

Claimant is also asserting an action for fraud in that the parties misrepresented and/or concealed facts with the intent to deceive Claimant. *State v. Mark Marks, P.A.*, 654 So.2d 1184, 1189 (Fla.App.4th 1995). Further, a contract induced by fraud is voidable. *Massachusetts Bonding & Ins. Co. v. Hoxie*, 129 Fla. 332, 176 So. 480, 483 (Fla.Sup.Ct. 1937).

Lender is vicariously liable for Seller's conduct under the FTC's Holder Rule. *Durkin v. Davis*, 814 So.2d 1246, 1249 (Fla.App.2d 2002).

**Consumer Advocacy Law Group**
***350 S. Rampart Blvd***
***Suite 346***
***Las Vegas, NV 89145***
**(702)-560-4573**
**WWW.CONSUMERADVOCACYLAW.COM**

## III. Damages

Under the FDUTPA, Claimant is entitled to economic damages in the amount that has already been paid towards the contract and any other damages, additional fines of $10,000 or $15,000 per violation, additional amounts for damage to credit reputation, attorney's fees, and costs. *See* Fla. Stat. § 501.2075-2077 (2024).

Claimant is entitled to a monetary judgment against Seller as follows:

$ 34,000.00 (economic damages)

+ $ 5,000.00 (damage to credit reputation)

+ $ 102,000.00 (punitive damages (requires bad motive/malice)

+ $ 10,000.00 (panel removal and roof repairs)

+ $ 5,000.00 (attorney fee)

+ $ 500.00 (costs, if any)

**= $ 156,500.00 TOTAL**

## IV. Demands

In a good faith effort to resolve these claims without legal proceedings, Claimant has authorized our firm to accept **$104,385.50**, together with proof of cancellation and releases from any and all contracts and liens, including cancellation of payments due and owing, and complete repair to credit reputation within 60 days of the agreement. This offer is made in exchange for mutual releases of liability from suits arising from the finance, installation, and other related contracts.

Claimant's offer expires on June 29th, 2026 (30 days from date of letter), at which point Claimant has asked us to pursue swift legal remedies against Seller, Lender, and any other parties involved, for the full extent of the claims and damages listed herein, which is not necessarily inclusive of all Claimant's available claims and remedies.

Our firm engages two types of liability experts - one of whom is an engineer, while the other is a former agent or representative of a solar company. If we are unable to reach an amicable settlement and forced to engage formal processes, Claimant's damages will continue to rise at an alarming rate. Claimant's additional relief will include additional monetary damages arising from attorney fees and other costs. Our firm prides itself on aggressive representation on behalf of our clients.

CONSUMER ADVOCACY LAW GROUP

Consumer Advocacy Law Group
*350 S. Rampart Blvd*
*Suite 346*
*Las Vegas, NV 89145*
(702)-560-4573
WWW.CONSUMERADVOCACYLAW.COM

**Please be advised that any needed warranty work should be undertaken immediately. Please contact our office to assist with the coordination of this effort. Your company is expected to continue normal billing and maintenance functions.**

The Magnuson-Moss Warranty Act applies to solar panel systems, protecting consumers by requiring clear, written warranties, preventing unfair voiding (like for third-party repairs if no damage occurs), **making breach of warranty a federal issue**, and allowing consumers to recover legal costs, ensuring solar companies provide fair terms for product performance guarantees. It ensures warranties are understandable and enforceable, covering both equipment and installation, and applies alongside state laws.

We look forward to your timely written response to clientservices@consumeradvocacylaw.com to negotiate a resolution.

Respectfully yours,

*/s/ Rachel Sexton*

Rachel Sexton, Esq.
Consumer Advocacy Law Group